No. 68657.—J. W. Hampton, Jr., & Co. v. United States, protest 58/7715 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.